23 - 20719

Meisha Ferguson
5350 Burnet Road
Apt 323
Austin, Texas, 78756

FILED
JEANNE A. NAUGHTON, CLERK

JUL 24 2024

U.S. BANKRUPTCY COURT
CAMDEN, N.J.
BY _____ DEPUTY

Bankcupcty Court
C/O Judge Poslusny
401 Market Street
Camden, NJ, 08101

July 12, 2024


Dear Judge Poslusny,

I writing this letter to inform you of the msresprentation for the Citizen House Pflugerville. I made aware to my lawyer Tamika that the regional manager gave me a written statement that I **COULD** moved out of my apartment without any fees and penalties. However, Tamika did not file a mention stating that she received this information from me after I repeatedly asked her to do so. I made her aware via phone and email; in which I will attach copies of both correspondence between Tamika and Dennis (Regional Manager of Citizens House).

I am writing you because the Citizens House did not keep their promise to me and are now charging me penalties and fees for breaking my lease, which is why I asked Dennis to give my his verbal acknowledgement to move in writing. This all took place on January 3, 2024, which was way before they filed a motion to vacate. Dennis did not have to file the notice at all. There should have never been a payment arrangement to stay in the unit but, I was listening to my counsel who wanted to make sure I found a place to live I am assuming.

To be continued, I cannot afford to pay the $27,130.31 that citizen house is charging me due to adding fees and penalties for breaking my lease. I will also attach the move out statement to this letter. Can you please help me? I am assuming citizens house lawyer is trying to get over on the courts knowing Dennis gave me this written statement which is a morale tort. Rather he received counsel after he give my the written statement. The statement is still binding.

I am aware my situation looks bad, I am trying to do this without the finances I need to overcame my debt. I may have to buy a home because rent in Austin is high and they have no increase limit on increasing rent at the end of your lease. Good thing is that a mortage would be more afforbale then paying rent in some areas in Texas. I am in college seeking my bacholors degree in criminal juctice. I just received my high school diaploma and my associate degree last August. All of this takes time. I have moved into a more affordable apartment at the moment because I don't know how much they will increase. I will write you again when I need promission to buy. However, I am trying! I have no outside help or support from family to help my situation further in which is one reason why I have repeatly filed for bankcutcy, and I need help. The Citizens House has caused me mental augish. I will take responsible for the non-paid rent of $8,854.93 but I need to possibily add this to my petition after I purchase my home by filing another Chapter 13 to eease the debt in which I now qualify for. I can't afford to have this on my credit in which citizen house have already sent to collections. I will not be able to get a place to live going forward with this outstanding bill for the

wrong amount, without purchasing a home. Neither, do I have support from family to stay with them. I need you to make citizens house update the amount of the unpaid rent without penalties and fees as they agreed. Please let me know if this is acceptable. Please see all my attachments. Sorry it take me so long to reach out to you. I had a crazy transition the first of the year with school and work.

Sincerely,

Meisha Ferguson



Meisha Ferguson
19365 Wilke Lane # 6312N,
Pflugerville, TX 78660

03/15/2024

Subject: Citizen House Pflugerville Apt 6312N

Dear Meisha Ferguson,

Thank you for making your home with us at Citizen House Pflugerville. We truly enjoyed having you as our resident!. Attached you will find your final account statement summarizing your move out charges, including any cleaning, damages, and/or final utility billing. Your allocated and sub-metered utilities may have been billed in arrears; If this is the case, we averaged your last three months of billing to estimate your final bill.

If you are owed a refund, a check will be mailed to the forwarding address that you disclosed to your property team. Please contact our team if you need to update or confirm your address at CommunityCare.RPMLiving.com.

If you have a balance due, you will receive an email containing a link to the PayReady former resident portal, inviting you to make a payment online. If payment is not received in full, your account may be assigned to a third-party collection company, resulting in a negative impact on your credit.

For assistance, please call us at 737-210-5609 or visit us at our Community Care website at CommunityCare.RPMLiving.com.We hope you enjoyed your stay at Citizen House Pflugerville and we wish you the best in the future.

Sincerely,

Former Resident Care Team

# Move Out Statement

Date: 03/15/2024

| | | | | | |
|---|---|---|---|---|---|
| Code | t0468652 | Property | 27200 | Lease From | 09/24/2023 |
| Name | Meisha Ferguson | Unit | 6312N | Lease To | 11/23/2024 |
| Address | 19365 Wilke Lane # 6312N | Status | Past | Move In | 09/24/2023 |
| | | Rent | 2,148.00 | Move Out | 03/02/2024 |
| City | Pflugerville, TX 78660 | | | Notice | 02/14/2024 |
| Telephone | (O)-( ) - (H)-(856) 313-2905 | | | | |

| Date | Description | Charge | Payment | Balance | Chg/Rec |
|---|---|---|---|---|---|
| | Balance as of 3/01/2024 | | | 8,854.76 | |
| 03/01/2024 | 9% Admin Fee - 12/10/23-01/10/24 | 7.17 | 0.00 | 8,861.93 | 50679034 |
| 03/01/2024 | Pest Admin Fee - 12/10/23-01/10/24 | 1.00 | 0.00 | 8,862.93 | 50679036 |
| 03/01/2024 | Pest Control - 12/10/23-01/10/24 | 5.00 | 0.00 | 8,867.93 | 50679038 |
| 03/01/2024 | Sub-metered Sewer - 12/10/23-01/10/24 | 12.32 | 0.00 | 8,880.25 | 50679040 |
| 03/01/2024 | Sub-metered Water - 12/10/23-01/10/24 | 67.31 | 0.00 | 8,947.56 | 50679042 |
| 03/01/2024 | Trash - 12/10/23-01/10/24 | 20.65 | 0.00 | 8,968.21 | 50679044 |
| 03/01/2024 | Trash Admin Fee - 12/10/23-01/10/24 | 3.00 | 0.00 | 8,971.21 | 50679047 |
| 03/01/2024 | Valet Trash - 12/10/23-01/10/24 | 25.00 | 0.00 | 8,996.21 | 50679049 |
| 03/01/2024 | Rent-Lease Charges (03/2024) 1 days | 69.29 | 0.00 | 9,065.50 | 50996669 |
| 03/01/2024 | Deposit Premium - Approved (03/2024) 1 days | 0.42 | 0.00 | 9,065.92 | 50996670 |
| 03/01/2024 | Community Amenity Fee (03/2024) 1 days | 0.48 | 0.00 | 9,066.40 | 50996671 |
| 03/01/2024 | Cable (03/2024) 1 days | 1.61 | 0.00 | 9,068.01 | 50996672 |
| 03/02/2024 | Rent-Lease Charges (03/2024) 1 days | 69.29 | 0.00 | 9,137.30 | 52063042 |
| 03/02/2024 | Deposit Premium - Approved (03/2024) 1 days | 0.42 | 0.00 | 9,137.72 | 52063043 |
| 03/02/2024 | Community Amenity Fee (03/2024) 1 days | 0.49 | 0.00 | 9,138.21 | 52063044 |
| 03/02/2024 | Cable (03/2024) 1 days | 1.62 | 0.00 | 9,139.83 | 52063045 |
| 03/02/2024 | Court Costs | 1,945.00 | 0.00 | 11,084.83 | 52063046 |
| 03/02/2024 | Window Blinds Replacement | 30.00 | 0.00 | 11,114.83 | 52063047 |
| 03/02/2024 | 60 Day Notice Fee | 4,296.00 | 0.00 | 15,410.83 | 52063048 |
| 03/02/2024 | Concession Chargeback | 3,972.00 | 0.00 | 19,382.83 | 52063049 |
| 03/02/2024 | Lease Termination Fee | 4,296.00 | 0.00 | 23,678.83 | 52063050 |
| 03/02/2024 | Locator Commission/Referral Fee Chargeback | 3,222.00 | 0.00 | 26,900.83 | 52063062 |
| 03/05/2024 | Final 9% Admin Fee - 01/10/24-03/02/24 | 11.82 | 0.00 | 26,912.65 | 51966889 |
| 03/05/2024 | Final Pest Admin Fee - 01/01/00-01/01/00 | 1.00 | 0.00 | 26,913.65 | 51966890 |
| 03/05/2024 | Final Pest Control - 01/11/24-03/02/24 | 8.12 | 0.00 | 26,921.77 | 51966891 |
| 03/05/2024 | Final Sub-metered Sewer - 01/11/24-03/02/24 | 0.50 | 0.00 | 26,922.27 | 51966892 |
| 03/05/2024 | Final Sub-metered Sewer - 01/10/24-03/02/24 | 20.15 | 0.00 | 26,942.42 | 51966893 |
| 03/05/2024 | Final Sub-metered Water - 01/11/24-03/02/24 | 68.12 | 0.00 | 27,010.54 | 51966894 |
| 03/05/2024 | Final Sub-metered Water - 01/10/24-03/02/24 | 42.59 | 0.00 | 27,053.13 | 51966895 |
| 03/05/2024 | Final Trash - 01/11/24-03/02/24 | 33.56 | 0.00 | 27,086.69 | 51966896 |
| 03/05/2024 | Final Trash Admin Fee - 01/01/00-01/01/00 | 3.00 | 0.00 | 27,089.69 | 51966897 |
| 03/05/2024 | Final Valet Trash - 01/11/24-03/02/24 | 40.62 | 0.00 | 27,130.31 | 51966898 |

| | | | |
|---|---|---|---|
| Amount Due: | 27,130.31 | Total Refund: | 0.00 |



Thank you Matt! Meisha Ferguson

**Found in iCloud Sent Mailbox**

**Meisha Ferguson**                              1/20/24
To: daviddanielslaw@gmail.com >

Hello,

Please see the attached email. My regional manager could not meet a medical accommodation for me. He advise me that I can move out without penalty. Which am in the process of doing. I plan on vacating the apartment by February 15, 2024 or earlier. Due to this inconvenience I will not be making payments directly to my current landlord because now I have to pay for moving expenses. I will add them to the plan after I move. If you have any questions, please reach out to me by phone at 856-313-2905.

Best,
Meisha Ferguson

Begin forwarded message:

See More

Meisha Ferguson                              2/2/24
I didn't falsely any information the edit was sen...

See More ↰

Found in iCloud Inbox

**Matt Dennis** 1/3/24
To: Meisha Ferguson ›

Hello Ms. Ferguson,

As I stated earlier when we spoke on the telephone. One of the criteria for us to honor and allow a transfer to another unit is that residents are current on their rent and fees and have a $0 balance at the time of transfer application. Due to your current past due balance, we are unable to honor a transfer at this time. As I also stated, we would be willing to allow you to end your current lease without any early termination fees, charges, or penalties.

I will share the information you have provided regarding your bankruptcy with the appropriate individuals within RPM Living.

Thank you,

Matt Dennis, CAM, CPM Candidate
REGIONAL MANAGER

**RPM** 5508 Parkcrest Dr Suite 320
Austin, TX 78731
rpmliving.com/

d (512) 738-8652
o (512) 480-9886
Matt.Dennis@rpmliving.com

See More ↰

Meisha Ferguson
5350 Burnet Rd
Apt 323
Austin TX 78756

FOREVER/USA

JUL 18 2024

Bankruptcy Court
c/o Judge Poslusny
400 Market St.
Camden, NJ, 08101

X-X